# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON NESSIM,<br><br>Plaintiff,<br><br>vs.<br><br>CLEVELAND-CLIFFS INC., LOURENCO GONCALVES, DOUGLAS TAYLOR, JOHN T. BALDWIN, ROBERT P. FISHER, JR., SUSAN GREEN, M. ANN HARLAN, JANET MILLER, JOSEPH RUTKOWSKI, ERIC M. RYCHEL, GABRIEL STOLIAR, AND MICHAEL D. SIEGAL,<br><br>Defendants. | Case No.: 1:20-cv-00850<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Jason Nessim ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 11, 2020

Respectfully submitted,

By:  */s/ Adam M. Apton*_____
Adam M. Apton (AS8383)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Tel: (202) 524-4859
Fax: (212) 333-2121
Email: aapton@zlk.com

*Attorneys for Plaintiff*

1